UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAYEZ MOHAMMED AHMED AL KANDARI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al*<br><br>Defendants. | Civil Action No. **15-329** (CKK) |

## ORDER

On March 6, 2015, Plaintiff filed a *Petition for Writ of Habeas Corpus* [1], as a related case to 02cv828, *Khaled A.F. Al Odah, et al v. United States of America, et al.* Upon review of the record, the Court concludes that a response by the United States should be filed within 30 days.

Accordingly, it is this __10th__ day of March, 2015, hereby

**ORDERED** that the United States shall file a response to Plaintiff's *Petition for Writ of Habeas Corpus* [1], by no later than April 9, 2015.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Tony Quinn, Chief Special Proceedings Branch
United States Attorney's Office

John Hunt, Federal Programs Branch
United States Department of Justice