UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAYEZ MOHAMMED AHMED AL KANDARI,<br><br>      Petitioner,<br><br>      v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>      Respondents. | Civil Action No. 15-329 (CKK) |

**ORDER**
(August 31, 2015)

For the reasons set forth in the accompanying Classified Memorandum Opinion, it is, this 31st day of August, 2015, hereby

**ORDERED** that Respondents' [13] Response to Petition for Writ of Habeas Corpus and Motion to Dismiss or for Judgment as a Matter of Law is **GRANTED**; and it is further

**ORDERED** that Petitioner's [1] Petition for Writ of Habeas Corpus is **DENIED**; and it is further

**ORDERED** that this action is hereby **DISMISSED** in its entirety.  Petitioner's claim for relief is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

*This is a final, appealable Order.*

                                                                             \_\_\_\_\_/s/_____
                                                             **COLLEEN KOLLAR-KOTELLY**
                                                             United States District Judge